**NO JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAFETY VISION, LLC, <br><br>　　　　　Plaintiff, <br><br>　　v. <br><br>ENTERPRISE FUNDING GROUP AND ENTERPRISE BUSINESS CONSULTING INC.; JOHN LAGATTA, <br><br>　　　　　Defendants. | Case No. 8:21-cv-01750 AFM <br><br>**JUDGMENT** |

　　　　Pursuant to the Court's June 2, 2023 Order Granting Motion for Entry of Default Judgment in favor of Plaintiff Safety Vision, LLC and against Defendant John Lagatta,

　　　　IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Default Judgment is entered in favor of Plaintiff Safety Vision, LLC and against Defendant John Lagatta on the causes of action in the Second Amended Complaint for:

　　1. The principal sum of $178,941.40;

　　2. Pre-judgment interest at the rate of 7% per annum from August 1, 2021 to April 30, 2023 (21 months) in the sum of $21,918.80 (*see* Cal. Civ. Code §3287(b));

3. Attorneys' fees (exclusive of discovery sanctions) in the amount of $29,168.50 pursuant to Cal. Penal Code § 496 (ECF Nos. 119-3, 119-4);

4. Attorneys' fees previously awarded as discovery sanctions in the amount of $7,552.50 (*see* ECF Nos. 115, 117);

5. Costs; and

6. Post-judgment interest from the date of entry of this judgment until fully paid.

DATED: 6/2/2023

*[signature]*

ALEXANDER F. MacKINNON
UNITED STATES MAGISTRATE JUDGE