JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

SAFETY VISION, LLC,

    Plaintiff,

v.

ENTERPRISE FUNDING GROUP; ENTERPRISE BUSINESS CONSULTING INC.; and JOHN LAGATTA,

    Defendants.

Case No. 8:21-cv-01750-JDE

Assigned to Magistrate Judge: John D. Early

**JUDGMENT IN FAVOR OF PLAINTIFF SAFETY VISION, LLC AND AGAINST DEFENDANT ENTERPRISE FUNDING GROUP**

    WHEREAS, Plaintiff Safety Vision, LLC ("Plaintiff") sued Defendant Enterprise Business Consulting, Inc. dba Enterprise Funding ("Defendant") and John Lagatta ("Lagatta") in the operative Second Amended Complaint ("SAC"), with all parties having appeared;

    WHEREAS, a default judgment was entered against Lagatta on June 2, 2023 (Dkt. 125);

    WHEREAS, the remaining claims proceeded as a bench trial on June 4, 2024, after which the Court made findings of fact and conclusions of law on the record, finding for Plaintiff on its claims for breach of contract, money had and

received, and conversion, and finding for Defendant as to claims for fraud and violation of California Penal Code Section 496(c);

WHEREAS, Plaintiff filed unopposed motions for reconsideration of the Court's findings regarding Penal Code Section 496(c) (Dkt. 196) and for entry of judgment based on that motion for reconsideration (Dkt. 173), which the Court granted, in part, entering amended findings that included a finding for Plaintiff on the California Penal Code Section 496(c) claim, directing that Judgment be entered in accordance with the amended findings (Dkt. 176);

NOW, THEREFORE, IT IS ORDERED, ADJUDGED and DECREED that Judgment is entered in favor of Plaintiff Safety Vision, LLC and against Defendant Enterprise Business Consulting, Inc. for:

1. The principal sum of $178,941.40, trebled under California Penal Code Section 496(c) to $536,824.20;

2. Pre-judgment interest on the principal sum at the annual rate of 7% from the date of the filing of the action to the date of entry of this judgment;

3. Costs and attorney's fees, subject to appropriate filings and showings;

4. Post-judgment interest from the date of entry of this judgment until this judgment is fully paid; and

5. Except set forth herein and as set forth in the previously issued Default Judgment in favor of Plaintiff and against Lagatta (Dkt. 125), all other relief requested in this action is denied.

Dated: December 16, 2024

JOHN D. EARLY
United States Magistrate Judge